No. —, original. Ex parte Bryant McQuillen et al. February 7, 1938. Motions for leave to file petitions for writs of mandamus and prohibition denied. The Chief Justice and Mr. Justice Stone took no part in the consideration or decision of these applications.

No. —, original. Ex parte Charles E. Phillips. February 7, 1938. Motion for leave to file petition for writ of habeas corpus denied.

No. —, original. Ex parte Andrew B. Young. February 7, 1938. Motion for leave to file petition for declaratory judgment denied.

No. 748. Poole *v.* Florida. Decided February 14, 1938. *Per Curiam:* The appeal herein is dismissed for the reason that the judgment sought to be reviewed is based upon a non-federal ground adequate to support it. *Quong Ham Wah Co.* v. *Industrial Commission,* 255 U. S. 445, 448, 449; *Hebert* v. *Louisiana,* 272 U. S. 312, 316, 317; *Susquehanna Co.* v. *Tax Commission* (No. 2) 283 U. S. 297, 299, 300; *Liggett & Myers Tobacco Co.* v. *South Carolina,* 291 U. S. 652. The motion for leave to proceed further *in forma pauperis* is denied. *Mr. W. D. Bell* for appellant. No appearance for appellee.